**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| GIBSON, JAMES KEITH, JR | ) | |
| | ) | CASE NO. 06-04426 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**PROPOSED DISTRIBUTION REPORT**

    I, <u>JOSEPH R. VOILAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 5,292.49 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 9,726.70 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 15,019.19 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $5,292.49 | 100.00% |
| **CLAIM NUMBER**    **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| JOSEPH R. VOILAND (TRUSTEE'S COMPENSATION) | 2,251.92 | 2,251.92 |
| JOSEPH R. VOILAND (TRUSTEE'S EXPENSES) | 338.43 | 338.43 |
| CLERK OF THE U.S. BANKRUPTCY COURT (ADVERSARY FILING FEE) | 250.00 | 250.00 |
| JOSEPH R. VOILAND (ATTORNEY FOR TRUSTEE – COMPENSATION) | 2,447.50 | 2,447.50 |
| JOSEPH R. VOILAND (ATTORNEY FOR TRUSTEE – EXPENSES) | 4.64 | 4.64 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                   **PAGE 3**

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 4**

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                 **PAGE 5**

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $210,000.00 | 4.63% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1 | Cathy Shelor & Maurice Shelor | 210,000.00 | 9,726.70 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                           **PAGE 6**

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 7**

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____    _____
JOSEPH R. VOILAND, Trustee

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 8**