**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| GIBSON, JAMES KEITH, JR | ) | |
| | ) | CASE NO. 06-04426 RG |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**


TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:     U.S. BANKRUPTCY COURT
> Kane County Courthouse
> 100 S. 3rd Street, Room 140
> Geneva, IL  60134
>
> on:    **June 21, 2007**
> at:    **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

a. Receipts                                               $                15,019.19

b. Disbursements                                    $                       0.00

c. Net Cash Available for Distribution    $                15,019.19


4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | | Fees Now Requested | | Expenses |
|---|---|---|---|---|---|---|
| JOSEPH R. VOILAND | $ | | $ | 2,251.92 | $ | |
| Trustee | | | | | | |
| JOSEPH R. VOILAND | $ | | $ | | $ | 338.43 |
| Trustee | | | | | | |

| JOSEPH R. VOILAND | $ | | $ | 2,447.50 | $ | |
| Trustee's Firm Legal | | | | | | |
| JOSEPH R. VOILAND | $ | | $ | | $ | 4.64 |
| Trustee's Firm Legal | | | | | | |

5.    In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| | | | |

6.    Claims of general unsecured creditors totaling $210,000.00, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $4.63%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 1 | Cathy Shelor & Maurice Shelor | $ 210,000.00 | $ 9,726.70 |

7.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.    Debtor has been discharged.

10.    The Trustee proposed to abandon the following property at the hearing:

Household Goods - $1,300.00; Books and Pictures - $50.00; Wearing Apparel - $500.00; Bicycles, Fishing Poles, Piano and Tools - $1,500.00; Stock (JK Gibson & Assoc., Inc.) – $1,000.00; 1955 Buick $500.00; 1998 Honda Goldwing - $3,000.00; 1978 Sea Sprite Boat - $500.00; Office Equipment $200.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:    **May 22, 2007**                         For the Court,

By:   **KENNETH S GARDNER**

Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1          User: amcc7          Page 1 of 1          Date Rcvd: May 22, 2007
Case: 06-04426                Form ID: pdf002      Total Served: 12


The following entities were served by first class mail on May 24, 2007.
db          +James Keith Gibson, Jr,   136 N Buckingham Drive,   Aurora, IL 60554-4194
aty         +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
              Aurora, IL 60505-3338
aty         +Jonathan J Pledger,   5205 Maryland Way,   Suite 320,   Brentwood, TN 37027-1009
aty         +Joseph R Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
tr          +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
cr          +Fifth Third Bank,   1850 E Paris Ave SE,   MD#ROPS05/Bankruptcy,   Grand Rapids, MI 49546-6253
11275677    +Cathy Shelor & Maurice Shelor,   C/O Rachel Lokken, Esq,   Womble Carlyle Sandridge & Rice, PLLC,
              310 S. College St.,   Charlotte, NC 28202-1921
10701754    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,   GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati Ohio 45263-0778)
10701755    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,   GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati OH 45263-0778)
10701756     Hays Receiver For Mobile Billboards,   Mathew Clark Attorney,
              Bank of America Plaza Suite 5200 600,   Peachtree St NE  Atlanta GA  30308
10701757    +Maurice Shelor,   Rachel Lokken Attorney,   301 S College St Sye 3500,   Charlotte NC 28202-6000
10701758    +Network Services Depot Inc,   3000 E Birch St,   Brea CA 92821-6261

The following entities were served by electronic transmission.
NONE.                                                                            TOTAL: 0


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
10701759*   +Maurice Shelor,   Rachel Lokken Attorney,   301 S College St Sye 3500,   Charlotte NC 28202-6000
                                                                            TOTALS: 0, * 2


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 24, 2007**          **Signature:** _Joseph Speetjens_